IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


PRISCILLA CLEMONS                                                                                    PLAINTIFF

v.                                            CASE NO. 5:18-CV-5229

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                                       DEFENDANT


## **ORDER**

The Court has received proposed findings and recommendations (Doc. 14) from Chief United States Magistrate Judge Erin L. Wiedemann. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this January 31, 2020.


/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE